FILED
John E. Triplett, Acting Clerk
United States District Court

*By MGarcia at 10:34 am, Aug 18, 2020*

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

LEONARD WIMBERLY, JR.,                     *
                                           *
          Plaintiff,                       *        CIVIL ACTION NO.: 5:20-cv-67
                                           *
     v.                                    *
                                           *
MARC HORNE; DALTON SANTIAGO;               *
JONATHAN DANIELS; and WILLIAM              *
STEEDLY, in their individual and official  *
capacities,                                *
                                           *
          Defendants.                      *

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 7.  Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal,

AO 72A
(Rev. 8/82)

and **DENIES** Plaintiff *in forma pauperis* status on appeal.

      **SO ORDERED**, this _____17_____ day of _____August_____, 2020.

                                        _____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)